IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

vs. Case Number: 1:06-cr-00079(5)

GINA LUCIANO

CRIMINAL MINUTES: CHANGE OF PLEA

Defendant appeared with counsel

Defendant arraigned and specifically advised of rights

Defendants plead GUILTY to Count(s) 1 of the Indictment

Statement of Facts by agent Allen Vanscoy (ICE)

Plea accepted by the Court

Referred to Probation Department for Presentence Report

Bond continued at O.R.; Defendant to surrender passport to the Clerk if not already accomplished

Judge: S. Arthur Spiegel

Courtroom Deputy: Kevin Moser

Court Reporter: Jodie Perkins (Official)

Date: October 3, 2006